**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



KELVIN THOMAS, for Himself
and on Behalf of all Similarly
Situated Individuals,

     Plaintiff,

v.                                      Civil Action No. 3:13cv825

FTS USA, LLC, et al.,

     Defendants.

**ORDER**

By Order entered herein on July 20, 2016 (ECF No. 271), the class counsel's request for fees and expenses was referred to Magistrate Judge David J. Novak for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION on class counsel's request for fees and expenses (ECF No. 292) entered herein on January 9, 2017, and the NOTICE REGARDING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE ON CLASS COUNSEL'S REQUEST FOR FEES (ECF No. 293) filed by the plaintiff advising that he has no objections thereto, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that the REPORT AND RECOMMENDATION of the Magistrate Judge (ECF No. 292) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION.

It is further ORDERED that class counsel is awarded $400,000.00 in fees and $61,701.55 in costs.

It is so ORDERED.

                                 /s/           REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date:  March 27, 2017